WFCC Realty Corp., Petitioner-Landlord-Respondent, 
against
Shui Yung Gao-Cheung, a/k/a Yung Gao-Cheung Shui, as Surviving Spouse of Xin Qing Gao, Deceased, Respondent-Tenant-Appellant.



Tenant, as limited by her briefs, appeals from so much of an order of the Civil Court of the City of New York, New York County, entered July 28, 2017 (Hannah Cohen, J.), which granted landlord's motion for summary judgment of possession in a holdover summary proceeding.




Per Curiam.
Order (Hannah Cohen, J.), entered July 28, 2017, insofar as appealed from, reversed, with $10 costs, landlord's motion denied, and matter remanded to Civil Court for further proceedings. (See WFCC Realty Corp. v Xin Mei Lin, appeal numbered 18-126, decided herewith.)
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 04, 2018